DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAROLD PEERENBOOM,**
Appellant,

v.

**ISAAC PERLMUTTER,**
Appellee.

No. 4D21-3077

[June 8, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 50-2015-CA-001012-XXXX-MB.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellant.

Paul Morris of the Law Offices of Paul Morris, Miami, Roy Black and Jared Lopez of Black Srebnick, P.A., Miami, and Joshua E. Dubin, Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***